NANCY CURRY, CHAPTER 13 TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA  90017
(213) 689-3014 FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| HARBIN, RENIA | ) | CASE NO. 2:17-bk-21039-WB |
| | ) | |
| | ) | **NOTICE OF CONTINUED §341(a)** |
| | ) | **MEETING OF CREDITORS** |
| | ) | |
| | ) | **NEW DATE/TIME** |
| | ) | **Date:   December 20, 2017** |
| | ) | **Time:   09:00 AM** |
| | ) | **Place:  915 Wilshire Blvd.** |
| Debtor ) | | **10th Floor, Room 1** |
| _____) | | **Los Angeles, CA 90017** |

PLEASE TAKE NOTICE that the §341(a) Meeting of Creditors in the above-referenced matter has been scheduled as set forth above.

DATED: October 23, 2017                                    /s/Nancy Curry

NTC CTD 341A

**PROOF OF SERVICE OF DOCUMENT**

In Re:   **HARBIN, RENIA**
         **Case No. LA 2:17-bk-21039-WB**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 1000 WILSHIRE BLVD., SUITE 870
> LOS ANGELES, CA  90017

The foregoing document described as **NOTICE OF CONTINUED §341(a) Meeting of Creditors** will be served  or was
 served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner
 indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s)
and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.
On October 23, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On October 23, 2017, I
served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by
placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an
overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be
completed no later than 24 hours after the document is filed.

Debtor
HARBIN, RENIA
10603 CIMARRON STREET
LOS ANGELES, CA 90047

Attorney for Debtor
IN PRO PER
,    -

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity
served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on October 23, 2017 I served the following person(s) and/or entity(ies) by
personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as
follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours
after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 23, 2017 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

NTC CTD 341A